GEORGE F. VIETOR et al., Appellants, *v.* GEORGE D. NICHOLS et al., Respondents.

(Submitted March 11, 1889; decided March 19, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made January 15, 1888, which affirmed a judgment in favor of defendants, entered on an order dismissing the complaint.

*Blumenstiel & Hirsch* for appellants.

*Wheeler H. Peckham* and *Jabish Holmes, Jr.*, for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

MARY J. COLBURN, Respondent, v. THE TRUSTEES OF THE VILLAGE OF CANANDAIGUA, Appellant.

(Argued March 14, 1889; decided March 26, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made April 14, 1888, which affirmed a judgment in favor of plaintiff, entered on a verdict and an order denying a new trial.

*John Gillette* for appellant.

*James C. Smith* for respondent.

Agree to affirm ; no opinion.
All concur, except BRADLEY and HAIGHT, JJ., not sitting.
Judgment affirmed.